UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSHUA FELIX,<br><br>        Plaintiff,<br><br>   vs.<br><br>CITY OF DESERT HOT SPRINGS, et al.,<br><br>        Defendants. | Case No.: ED CV 19-186-DMG (SHKx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE [28]** |

GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED THERETO, IT IS ORDERED, ADJUDGED AND DECREED:

1. The Complaint in the above-captioned action, and each and every claim for relief therein, is dismissed in its entirety, with prejudice.

2. The parties shall bear their own costs, expenses and attorneys' fees arising out of and/or connected with this matter, including any such fees or expenses potentially recoverable under 42 U.S.C. Sec. 1988.

3. This Order is the result of the compromise of a disputed claim. It is not to be considered as an admission of liability and/or responsibility with regard to the incident, occurrence, casualty or event referenced in the pleadings herein.

**IT IS SO ORDERED.**

DATED: March 27, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE